**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| DAVID SCHLESSINGER,<br><br>Plaintiff,<br><br>v.<br><br>SAFE STEP WALK IN TUB, LLC, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:25-cv-1251<br>Judge Trauger |

**<u>O R D E R</u>**

On August 19, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 77), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Frank Gialketis (Doc. No. 47) is GRANTED, and all claims against this defendant are DISMISSED.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge